IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JASON JERNIGAN, <br><br> Plaintiff, <br><br> v. <br><br> CYBRARY, INC., <br><br> Defendant. | Case No. 8:19-cv-02916 GJH |

**NOTICE AND JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby agree and stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims, with each party to bear its own attorneys' fees and costs incurred in relation to this lawsuit and this settlement.

Dated: May 22, 2020        By:   */s/ Marc P. Charmatz*
Marc P. Charmatz (D. Md. Bar No. 09358)
National Association of the Deaf
Law and Advocacy Center
8630 Fenton St., Suite 820
Silver Spring, MD 20910
Email: marc.charmatz@nad.org
Tel: (301) 587-7732
Fax: (301) 587-1791

*/s/ Mary C. Vargas*
Mary C. Vargas (D. Md. Bar No. 14135)
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Email: mary.vargas@steinvargas.com
Tel: (202) 248-5092
Fax: (888) 778-4620

*Counsel for Plaintiff Jason Jernigan*

Dated:  May 22, 2020	By:	*/s/ David E. Mills*
David E. Mills (D. Md. Bar No. 16654)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Email: dmills@cooley.com
Tel: (202) 842-7800
Fax: (202) 842-7899

*Counsel for Defendant Cybrary, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2020, the foregoing was filed with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Marc P Charmatz
National Association of the Deaf
Law and Advocacy Center
8630 Fenton St Ste 820
Silver Spring, MD 20910
Email: marc.charmatz@nad.org

Mary Caroline Vargas
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Email: Mary.Vargas@steinvargas.com

              */s/ David E. Mills*
              David E. Mills
              COOLEY LLP
              1299 Pennsylvania Avenue, NW, Suite 700
              Washington, DC  20004-2400
              Email: dmills@cooley.com
              Tel: (202) 842-7800
              Fax: (202) 842-7899

              *Counsel for Defendant Cybrary, Inc.*